UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HECTOR VIEYRA-ARREZ,

        Petitioner,

  v.

ALBERTO GONZALES, United States Attorney General,

        Respondent.

CASE NO.  C05-730-RSL-JPD

ORDER GRANTING STAY OF REMOVAL

      On April 18, 2005, petitioner filed, through counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Dkt. #1).  At the same time, petitioner filed a request for a stay of his removal.  (Dkt. #1).  Respondents have replied that they have no objection to such a stay, pending a decision on the merits of the instant habeas petition.  (Dkt. #6).

      Accordingly, the Court does hereby find and ORDER:

      (1)  Petitioner's request for a stay of removal is GRANTED, and petitioner's removal is STAYED pending the resolution of the habeas corpus action in this Court.

      (2)  The Court expresses no views at this time as to the merits of petitioner's habeas petition.

ORDER GRANTING STAY OF REMOVAL
PAGE – 1

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Donohue.

DATED this 5th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 3d day of May, 2005.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING STAY OF REMOVAL
PAGE – 2