1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HECTOR VIEYRA-ARREZ,

               Petitioner,

     v.

ALBERTO GONZALES,

               Respondent.

CASE NO.  C05-730-RSL-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and

exhibits in support and in opposition to the petition, the Report and Recommendation of the

Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does

hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation.

     (2)     Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with
             prejudice; and

     (3)     The Clerk is directed to send copies of this Order to the parties and to Judge
             Donohue.

DATED this 18th day of July, 2005

_MM S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER